RACHEL M. SPOSATO (SBN 306045)
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Fax: (559) 248-4830
Email: rsposato@ch-law.com

Attorneys for Judgment Creditor,
TREYLED LIFE SETTLEMENTS LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KENNETH NEWBY, STEVEN CAMPOS, JEANNINE CAMPOS-GRECH, and JOSEPH CAMPOS, as TRUSTEES of the ANTONIO AND JULIET GRACE CAMPOS 2012 INSURANCE TRUST,<br><br>Judgment Debtors<br><br>v.<br><br>TREYLED LIFE SETTLEMENTS LLC, a Texas limited liability company,<br><br>Judgment Creditor. | Case No.: 1:26-mc-00060-EGC<br><br>**ORDER GRANTING REQUEST FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>**[No Hearing Required]**<br><br>Doc. 8 |

On October 19, 2026, Judgment Creditor in this proceeding filed a Request for Order for Service of Process by Registered Process Server (hereinafter referred to as the "Request"). *See,* Docket No. 8. In the Request, Judgment Creditor requests that a registered process server who is at least 18 years of age, of suitable discretion ,and not a party to the within action be authorized and appointed to serve the Writ of Execution, which was issued by this Court in this action. Judgment Creditor makes this request pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rule 64 of the Federal Rules of Civil Procedure.

//

//

//

**IT IS HEREBY ORDERED** that a registered process server who is at least 18 years of age, of suitable discretion, and not a party to the within action is authorized and appointed to serve the Writ of Execution, which was issued by this Court; and

**IT IS FURTHERED ORDERED** that the U.S. Marshal for the Eastern District of California shall remain the Levying Officer.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE